```
UNITED STATES DISTRICT COURT                FILED
EASTERN DISTRICT OF NEW YORK             IN CLERK'S OFFICE
                                       U.S. DISTRICT COURT, E.D.N.Y.
------------------------------x
ROBERT C. WALKER                        ★ JUN 15 2005 ★

            -v-                         BROOKLYN OFFICE   ORDER
                                                          CV01-1992 (JBW)
ROY GIRDICH
------------------------------x
```

Upon remand from the United States Court of Appeals for the Second Circuit, the petition for a writ of habeas corpus is granted. The petitioner is to be released from custody unless he is retried in state court within ninety days of today's date.

SO ORDERED

JACK B. WEINSTEIN
SR. U.S.D.J.

DATE-:6/8/05

